# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

VERONICA RAMIREZ,

    Plaintiff,

v.                                                                                     No. 20-cv-0824 MV/SMV

JOSEPH J. MARTINEZ, EBETH CRUZ-MARTINEZ,
MARIANNA VIGIL, and ROBERT GONZALES,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     December 3, 2020, at 1:30 p.m. MST

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **December 3, 2020, at 1:30 p.m. MST**.  Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                                                                      **STEPHAN M. VIDMAR**
                                                                                                                      **United States Magistrate Judge**