UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**VERONICA RAMIREZ,**

    **Plaintiff,**

v.                                              No. 2:20-cv-00824-MV-SMV

**OFFICER JOSEPH J. MARTINEZ; WARDEN EBETH CRUZ-MARTINEZ; WARDEN MARIANA VIGIL; and CAPTAIN ROBERT GONZALES, in their individual capacities,**

    **Defendants.**

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW Defendant Robert Gonzales, by and through his attorneys of record, and hereby provides notice of completion of briefing on his Partial Motion to Dismiss. Plaintiff failed to timely respond to this Defendant's Partial Motion to Dismiss. The following documents were filed with the Court.

| Docket No. | Date Filed | Name of Document |
|---|---|---|
| 9 | 11/23/20 | Defendant Robert Gonzales' Answer to Plaintiff's Complaint and Partial Motion to Dismiss |

Respectfully submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By  **Electronically Filed on 01/19/21**
    Bryan Evans
    Quincy J. Perales
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants Robert Gonzales*

I HEREBY CERTIFY that on January 19, 2021, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing.*

<u>*Electronically Filed on 01/19/21*</u>
Bryan Evans