IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA RAMIREZ,

    Plaintiff,

v.                                            Case 2:20-cv-00824-MV-SMV

Officer JOSEPH J. MARTINEZ,
Warden EBETH CRUZ-MARTINEZ,
Warden MARIANNA VIGIL, and
CAPTAIN ROBERT GONZALES,
in their individual capacities,

    Defendants.

**WARDEN VIGIL'S NOTICE OF JOINDER IN DEFENDANT GONZALES'
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

COMES NOW Defendant Warden Marianna Vigil through her counsel of record, Allen Law Firm, LLC (Michelle Lalley Blake) and pursuant to D.N.M. LR 7.1(a) provides the Court with Notice of Joinder in Defendant Robert Gonzales' Motion for Partial Judgment on the Pleadings. (Doc. 24). Defendant Vigil adopts the arguments and authorities set forth in the Motion for Partial Judgment on the Pleadings and respectfully requests all state law tort claims asserted against her be dismissed.

                                                  Respectfully Submitted,

                                                  ALLEN LAW FIRM, LLC

                                                  */s/ Michelle Lalley Blake*
                                                  Michelle Lalley Blake
                                                  6121 Indian School Rd. NE, Suite 230
                                                  Albuquerque, NM 87110
                                                  (505) 298-9400
                                                  mblake@mallen-law.com
                                                  *Attorneys for Defendant Marianna Vigil*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021 I caused the foregoing to be filed electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**Erlinda 0. Johnson**
620 Roma Ave N.W.
Albuquerque, New Mexico 87102
505.792.4048
erlinda@erlindajohnsonlaw.com

and

**Justine Fox Young, P.C.**
201 12th Street N.W.
Albuquerque, NM 87102
505.796.8268
justine@foxyounglaw.com

*Attorneys for Plaintiff*

**CaraLyn Banks**
Kemp Smith LLP
3800 E. Lohman, Suite C
Las Cruces, NM 88011
(575) 527-0023
Caralyn.banks@kempsmith.com
*Attorney for Joseph J. Martinez*

**Bryan Evans**
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
400 N. Pennsylvania Ave
Suite 1100
Roswell NM 88201
(575) 622- 6221
bevans@atwoodmalone.com
*Attorney for Captain Robert Gonzales*

**Mariposa Padilla Sivage**
Sutin Thayer & Browne APC
P.O. Box 1945
Albuquerque, NM 87103-1945
(505) 883-2500
mps@sutinfirm.com
*Attorney for Warden Ebeth Cruz-Martinez*

*/s/ Michelle Lalley Blake*
Michelle Lalley Blake