IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA RAMIREZ,

      Plaintiff,

vs.                                         CASE NO: 2:20-CV-00824-MV-SMV

OFFICER JOSEPH J. MARTINEZ,
WARDEN EBETH CRUZ-MARTINEZ,
WARDEN MARIANNA VIGIL, AND
CAPTAIN ROBERT GONZALES, IN
THEIR INDIVIDUAL CAPACITIES,

      Defendants.

## UPDATE ON THE STATUS OF THE CRIMINAL CASE
## FILED AGAINST DEFENDANT OFFICER JOSEPH J. MARTINEZ

COMES NOW Defendant Joseph J. Martinez ("Defendant Martinez"), by and through his counsel of record, KEMP SMITH LLP (CaraLyn Banks, Esq.), and pursuant to the Order entered on June 9, 2021 [Doc. 43] files this Update on the Status of the Criminal Case Filed Against Defendant Officer Joseph J. Martinez. As an additional update, Defendant Martinez states as follows:

1.      On April 26, 2021, Attorney Alan H. Maestas, criminal defense counsel for Defendant Martinez, filed a Motion to Sever the Claims.

2.      The hearing on the Motion to Sever the Two Counts (Count Two relevant to Plaintiff Curry in the case pending before Judge Brack) was held on July 15, 2021.

3.      On July 16, 2021, Judge Emilio J. Chavez issued an Order Granting the Defendant's Motion to Sever. The Order was furnished as part of the prior update [Doc. 46].

4.      The Scheduling Order in the *State v. Joseph J. Martinez* for Count One (Ramirez) has not been issued but will be furnished as soon as it becomes available.

1

WHEREFORE, Defendant Martinez respectfully requests that the Renewed Motion for a Full Stay of Discovery be granted and that the stay be extended for an additional three-month time period, at which time additional information can be furnished to this Court regarding the status of the criminal case against Defendant Martinez, including dates for the criminal trial.

Respectfully submitted,

KEMP SMITH LLP

By _____
CaraLyn Banks, Esq., N.M. Bar No. 7139
3800 E. Lohman, Suite C
Las Cruces, NM  88011
575-527-0023
915-546-5360 (Fax)
caralyn.banks@kempsmith.com
*Attorneys for Defendant Joseph J. Martinez*

## CERTIFICATE OF SERVICE

I, CaraLyn Banks, Esq., hereby certify that on this the 29th day October 2021, a true and correct copy of the above and foregoing pleading was automatically generated and served using the federal e-filing and e-serve to all counsel of record:

_____
CaraLyn Banks, Esq.

2