IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA RAMIREZ,

    Plaintiff,

v.                                                                       No. 20-cv-0824 MV/SMV

JOSEPH J. MARTINEZ, EBETH CRUZ-MARTINEZ,
MARIANNA VIGIL, and ROBERT GONZALES,

    Defendants.

### ORDER SETTING MOTION HEARING

| | |
|---|---|
| **Location:** | AT&T Teleconference Line<br>Call-in number: 888-363-4734<br>Code: 4382538 |
| **Date and time:** | June 29, 2022, at 1:30 p.m. MDT |
| **Matters to be heard:** | Plaintiff's Opposed Motion to Lift the Discovery Stay [Doc. 88] |

    **IT IS ORDERED** that a telephonic hearing is set on Plaintiff's Opposed Motion to Lift the Discovery Stay [Doc. 88]. The hearing is set for **June 29, 2022, at 1:30 p.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**